IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BYRON POPE, | * |
| Plaintiff, | * |
| v. | Case No. 4:22-cv-164-CDL |
| | * |
| WERNER ENTERPRISES INC and RALPH AUGUSTIN, | * |
| Defendants. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated July 31, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 1st day of August, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk